### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **CHARLES HAGLER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-02314-JAR-TJJ |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Evelyn Hagler, as the substituted Plaintiff in this matter, with the stipulation and agreement of Defendant, Experian Information Solutions, Inc., hereby dismisses this action with prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

**CREDIT LAW CENTER, LLC**

By:  Andrew M. Esselman
Andrew M. Esselman# 26113
255 NW Blue Parkway, Suite 200A
Lee's Summit, MO 64063
Tele:  (816) 246-7800
Fax:   (855) 523-6884
andrewe@creditlawcenter.com
**Attorney for Evelyn Hagler**

and

**HORN AYLWARD & BANDY, LLC**

By:  /s/ Danne W. Webb
Danne W. Webb KS #22312
Andrea S. McMurtry KS #24746
2600 Grand Blvd., Suite 1100
Kansas City, MO 64108
Telephone: 816-421-0700
Facsimile: 816-421-0899
dwebb@hab-law.com
amcmurtry@hab-law.com

**JONES DAY**

By:  /s/ Kathryn L. Dore
Kathryn L. Dore (admitted pro hac vice)
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: 312-782-3939
Facsimile: 312-782-8585
kdore@jonesday.com

**Attorneys for Defendant
Experian Information Solutions, Inc.**

### CERTIFICATE OF SERVICE

    This certifies that on this 16th day of August 2016, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

                    /s/ Andrew M. Esselman
                    Attorney for Evelyn Hagler